UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America, | * | |
| Plaintiff, | * | Civil No. WMN-00-1193 |
| v. | * | |
| John C. Trujillo, D.V.M., | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*

### DISMISSAL

Plaintiff, United States of America, by and through counsel, Lynne A. Battaglia, United States Attorney for the District of Maryland, and Tamera L. Fine, Assistant United States Attorney for said District, dismisses this action pursuant to Fed.R.Civ.P. 41(a)(1) and for cause states:

Plaintiff has been unable to serve process upon the defendant.

Respectfully submitted,

Lynne A. Battaglia
United States Attorney

By: _____
Tamera L. Fine
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410/209-4800
Trial Bar No. 024751

APPROVED this 23rd day of August, 2000

_____
Deborah K. Chasanow
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 AUG 23 A 11: 51
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

2 3 2000